IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

IN RE:                                             *

  Sid E. Ryner                                     *    Case Number: 18-23486

     and                                           *    Chapter 13

  Florence Naab Ryner                              *

     Debtors                                       *
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN**

*Select Section 1, A, B, or C, and complete Sections 2 and 3 if applicable, even if Section 1(A) is selected.*

1. (Select A, B, or C):

____   A.   This is an original Plan, filed concurrently with the Petition, which will be mailed by the Clerk to all creditors on the Matrix. [THIS OPTION MAY ONLY BE USED WHEN THE PLAN IS FILED WITH THE PETITION.]

____   B.   AMENDED PLANS ONLY INCREASING PAYMENTS: The Amended Chapter 13 Plan ___ Filed herewith/ or ___ Filed on _____ _____, 2019, makes no changes from the last previously filed plan, other than to increase the amount payable under the Plan. In such an event, no service is required.

__X__   C.   ALL OTHER PLANS: This is to certify that on **January 31, 2019**, I caused the Chapter 13 Plan __x__ Filed herewith/ or ___ Filed on _____ _____, 2019, to be mailed by first class U. S. Mail, postage pre-paid, to all addresses on the attached matrix list.  No Parties were served electronically or by CM/ECF.

**AND**

Gerald Vetter, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
101 West Lombard St.
Suite 2625
Baltimore, MD 21201

2. *Check and complete this Section 2 and Section 3 if liens are proposed to be valued or avoided through the Plan.*

___   I caused the Chapter 13 Plan ___ Filed herewith/ or ___ Filed on _____, ____, 2019, to be served pursuant to Bankruptcy Rule 7004 on the following creditor whose lien is proposed to be impacted by the Plan (and not by separate motion) under Plan Paragraph 5.1 or 5.3.

State address served and method of service.  See Bankruptcy Rule 7004(h) if the Party served is an insured depository institution.  Attach separate sheets or repeat this Paragraph for each such creditor served.

Name of Creditor:
Name Served:
Capacity of Name Served: (Resident Agent, Officer, Other):
Street Address:
City, State, and Zip Code:
Method of Service:
Date Served: _____ day of February, 2019

**AND** Select A or B

A.   ___   A Proof of Claim has been filed with respect to the lien or claim at issue prior to Service of the Plan.  I also mailed a copy of the Plan and supporting documents under Section 3 below to the claimant at the name and address where notices should be sent as shown on the Proof of Claim.

B.   ___   No Proof of Claim has been filed for the lien or claim at issue.

3.   ___   Along with each copy of the Plan served under Section 2, I included copies of the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or Plan Paragraph 5.3 with respect to that creditor.  (For example, documents establishing the value of the property and the amount of any prior liens and the lien at issue), which I have also filed with the Court as a supplement to the Plan.  *This supplemental material need not be served with the Plan on all creditors, only on affected secured creditors.*

___   This is an Amended Plan and the documentation supporting Debtor's entitlement to the relief sought in Plan Paragraph 5.1 or Plan Paragraph 5.3 has been previously served and filed as ECF Docket entry _____.

I hereby certify that the foregoing is true and correct.

Dated: February 1, 2019                    /s/Raymond E. DiBiagio, Jr.
                                           Raymond E. DiBiagio, Jr.
                                           Bar No. 10145
                                           7433 Baltimore Annapolis Blvd.

Suite 208
Glen Burnie, Maryland  21061
(410) 505-5585
Debtors' Attorney