| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 18-23486<br>District of Maryland<br>Greenbelt<br>Thu Jan 31 16:43:46 EST 2019 | Synchrony Bank<br>c/o PRA Receivables<br>Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Alexander Bahus<br>McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue<br>Suite 800<br>Laurel, MD 20707-4808 |
| Ally Financial<br>Attn: Bankruptcy Dept<br>Po Box 380901<br>Bloomington, MN 55438-0901 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Chase Mortgage<br>Attn: Case Research & Bankruptcy<br>Po Box 24696<br>Columbus, OH 43224-0696 | Chasity Brown, Esq.<br>McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue<br>Suite 800<br>Laurel, MD 20707-4808 | Comptroller of Maryland<br>Attn: Bankruptcy Unit<br>301 West Preston Street<br>Room 409<br>Baltimore, MD 21201-2396 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Gregory A. Alexandrides, Esq.<br>Law Offices of Gregory A. Alexandrides<br>821 West Street<br>Annapolis, MD 21401-3601 | Gregory Alexandrides<br>821 West Street<br>Annapolis, MD 21401-3601 |
| Internal Revenue Service<br>Centralized Insolvency Unit<br>P.O. Box 7347<br>Philadelphia, PA 19101-7347 | JPMORGAN CHASE BANK, NAT'L ASSOC.<br>CHASE RECORDS CENTER<br>COORRESP. MAIL / MAIL CODE LA4-5555<br>700 KANSAS LANE<br>MONROE, LA 71203-4774 | JPMorgan Chase Bank, N.A<br>Mail Code: OH4-7142<br>3415 Vision Drive<br>Columbus OH 43219-6009 |
| JPMorgan Chase Bank, National Association<br>Joshua Welborn, Esq.<br>McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707-4808 | JPMorgan Chase Bank, National Association<br>c/o McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707-4808 | Laura O'Sullivan<br>312 Marshall Avenue<br>Laurel, MD 20707-4824 |
| Michael Cantrell, Rsq.<br>McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue<br>Suite 800<br>Laurel, MD 20707-4808 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Nationwide Mutual Insurance Company<br>PO Box 96040<br>Charlotte, NC 28296-0040 |
| Pentagon Federal Cr Un<br>Po Box 1432<br>Alexandria, VA 22313-1432 | State of Maryland<br>Central Collection Unit<br>300 West Preston Street<br>Baltimore, MD 21201-2307 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw St., Rm 401<br>Baltimore, MD 21201-2225 |
| State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Taxing Authority of<br>St. Mary's County, MD<br>Governmental Center - POB 653<br>Leonardtown, MD 20650-0653 | Visa Dept Store National Bank/Macy's<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 | Wells Fargo/Bob's Discount Furniture<br>Po Box 10438<br>Mac F8235-02f<br>Des Moines, IA 50306-0438 |

| | | |
|---|---|---|
| Westbury Community Association, Inc.<br>c/o Gregory Alexandrides<br>821 West Street<br>Annapolis, MD 21401-3601 | Woodmont Properties 11, LLC<br>4919 Bethesda Ave<br>Suite 200<br>Bethesda, MD 20814-5295 | Florence Teni Naab-Ryner<br>21404 Carmen Woods Drive<br>Lexington Park, MD 20653-2740 |
| Raymond E. DiBiagio Jr.<br>7433 Baltimore Annapolis Blvd.<br>Glen Burnie, MD 21061-3593 | Sid Everett Ryner<br>21404 Carmen Woods Drive<br>Lexington Park, MD 20653-2740 | Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046-3002 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JPMorgan Chase Bank, National Association | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (u)Westbury Community Assn, Inc<br>INVALID ADDRESS PROVIDED |

End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38