UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| In Re:   Sid Everett Ryner and Florence Teni Naab-Ryner | Case No. 18-23486<br>Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Carrington Mortgage Services, LLC, Movant
vs.

Sid Everett Ryner
and Florence Teni Naab-Ryner, Debtors
Timothy P. Branigan, Trustee
                Respondent(s)

## NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY

The Debtors have failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered September 29, 2020, in the following manner:

As of July 14, 2023, the Debtors are default for a total amount of $2,683.26, which includes two (2) regular mortgage payments, each in the amount of $1,294.42, representing June, 2023 through July, 2023 less suspense balance of $5.58; and attorney's fees and costs in the amount of $100.00. **All subsequent payments and late charges that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of Lexington Park, Maryland, and which is secured by the property of the Debtors at **21404 Carmen Woods Drive, Lexington Park, Maryland 20653**, unless the default noted is cured within ten (10) days from the date this notice is filed.   The Consent Order applies to proceedings for possession of the property after foreclosure.

17-602626

Signed and mailed this 28th day of July 2023

            Respectfully submitted:

            */s/ Kevin Feig, Esq.*
            Kevin Feig, Esq.
            Attorney for Movant
            Bar No. 15202
            McCabe, Weisberg & Conway, LLC
            312 Marshall Avenue, Suite 800
            Laurel, MD 20707
            301-490-3361
            bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan
9891 Broken Land Parkway
Suite 301
Columbia, Maryland 21046
Email: cmecf@chapter13maryland.com

Raymond E. DiBiagio, Jr.
7433 Baltimore Annapolis Blvd.
Glen Burnie, Maryland 21061
Email: ray@rdlaws.com

I hereby further certify that on the 28th day of July 2023, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:

Sid Everett Ryner
21404 Carmen Woods Drive
Lexington Park, Maryland 20653
(Via U.S Mail)

   and

Florence Teni Naab-Ryner
21404 Carmen Woods Drive
Lexington Park, Maryland 20653
(Via U.S Mail)

> */s/ Kevin Feig, Esq.*
> Kevin Feig, Esq.

17-602626